# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SACRAMENTO AREA ELECTRICAL WORKERS HEALTH & WELFARE TRUST, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>FAMCO, et al.,<br><br>Defendants. | Case No. 17-cv-03823-BLF<br><br>**ORDER TO SHOW CAUSE RE SERVICE OF DEFENDANT FAMCO ON OR BEFORE NOVEMBER 19, 2018** |

On September 4, 2018, the Clerk of the Court entered default as to Defendant Lloyd Dylan Jones and declined to enter default against Defendant FAMCO. *See* ECF 32, 33. Plaintiffs are hereby ORDERED to show cause **on or before November 19, 2018** why Defendant FAMCO should not be dismissed without prejudice for Plaintiffs' failure to properly execute service.

**IT IS SO ORDERED.**

Dated: November 5, 2018

_____
BETH LABSON FREEMAN
United States District Judge